**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Fere Habte Zekarias, | No. CV 08-1215-PHX-JAT |
| Petitioner, | **ORDER** |
| vs. | |
| Katrina Kane, | |
| Respondent. | |

Pending before the Court is Petitioner's Petition for Writ of Habeas Corpus ("Petition") (Doc. #1). The Magistrate Judge issued a Report and Recommendation ("R&R") (Doc. #11) recommending that the Petition be denied as moot.

Neither party has filed objections to the R&R. Accordingly, the Court hereby accepts the R&R. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985) (finding that district courts are not required to conduct "any review at all . . . *of any issue* that is not the subject of an objection" (emphasis added)); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (*en banc*) ("statute makes it clear that the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)); *see also Schmidt v. Johnstone*, 263 F.Supp.2d 1219, 1226 (D. Ariz. 2003).

Accordingly,

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Report and Recommendation (Doc. #11) is **ACCEPTED**;

1  **IT IS FURTHER ORDERED** that Petitioner's Petition for Writ of Habeas Corpus
2  (Doc. #1) is **DENIED**; and
3  **IT IS FURTHER ORDERED** that this action is **DISMISSED WITH PREJUDICE**
4  **(as to this detention) as moot**.
5  DATED this 11th day of September, 2008.

_____
James A. Teilborg
United States District Judge